IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MICHELLE WHITMER, | ) |
| | ) Case No. 12 cv 50115 |
| Plaintiff, | ) |
| v. | ) Hon. Frederick J. Kapala |
| | ) |
| CITIMORTGAGE, INC., | ) Mag. Judge P. Michael Mahoney |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO: C. Nicholas Cronauer
Charles E. Cronauer & Associates
1101 Dekalb Avenue – Suite 2
Sycamore, IL 60178

PLEASE TAKE NOTICE that on **May 23, 2012 at 1:30 p.m.**, I shall appear before the Honorable Frederick J. Kapala, in Courtroom 220 of the United States District Court, Rockford Courthouse, 211 S. Court Street, Rockford, Illinois, and present **CitiMortgage Inc.'s Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) and Rule 9(b)**, a true and correct copy of which was previously filed on May 2, 2012 and was previously served upon you.

CITIMORTGAGE, INC.

By: /s/ Todd A. Rowden
One of its Attorneys

Todd A. Rowden (ARDC No. 6201929)
Scott P. Clair (ARDC No. 6281182)
Sara A. Eber (ARDC No. 6299707)
THOMPSON COBURN LLP
55 E. Monroe Street - 37th Floor
Chicago, IL 60603
312.346.7500

## CERTIFICATE OF SERVICE

I, Todd A. Rowden, an attorney, certify that I caused a copy of the foregoing Notice of Motion, to be served on the following counsel of record through the CM/ECF e-filing system on May 9, 2012.

C. Nicholas Cronauer
Charles E. Cronauer & Associates
1101 Dekalb Ave., Suite 2
Sycamore, Illinois 60178

/s/ Todd A. Rowden

5534245.1