**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| MICHELLE WHITMER, | ) |
| | ) Case No. 12 cv 50115 |
| Plaintiff, | ) |
| v. | ) Hon. Philip G. Reinhard |
| | ) |
| CITIMORTGAGE, INC., | ) Mag. Judge P. Michael Mahoney |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

TO:  C. Nicholas Cronauer
Charles E. Cronauer & Associates
1101 Dekalb Avenue – Suite 2
Sycamore, IL  60178

     The undersigned certifies that on **May 14, 2011**, I electronically filed with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system, **CitiMortgage, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint at Law**, a copy of which is attached hereto.

                                                   By:    /s/ Brittany E. Kirk
                                                 Todd A. Rowden (#6201929)
                                                 Timothy L. Binetti (#6282534)
                                                 Brittany E. Kirk (#6294386)
                                                 THOMPSON COBURN LLP
                                                 55 East Monroe Street
                                                 Chicago, IL 60603
                                                 312.346.7500
                                                 ***Attorneys for CitiMortgage, Inc.***

**CERTIFICATE OF SERVICE**

     I, Brittany E. Kirk, an attorney, certify that I caused a copy of the foregoing **CitiMortgage, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint at Law** to be served on the following counsel of record through the CM/ECF e-filing system on **May 14, 2012**.

     C. Nicholas Cronauer
Charles E. Cronauer & Associates
1101 Dekalb Ave., Suite 2
Sycamore, Illinois 60178

                                                                  /s/ Brittany E. Kirk